| Rev. 1/91 | **FINANCIAL DISCLOSURE REPORT** | Report Required by the Ethics in Government Act of 1978, Pub. L. No. 95-521, 92 Stat. 1824 (5 U.S.C.A. App. 6, §§301-311) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WHYTE, RONALD M. | FEDERAL DISTRICT COURT | 7/29/91 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE (NOMINATED) | X Nomination, Date 7/26/91 ___ Initial ___ Annual ___ Final | 1/1/90 – 6/30/91 |

7. Chambers or Office Address

191 N. FIRST STREET, SAN JOSE, CA 95113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* Complete all parts, checking the NONE box for each section where you have no reportable information. *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| JUDGE OF SUPERIOR COURT | STATE OF CALIFORNIA / COUNTY OF SANTA CLARA |
| MEMBER OF LAW FIRM | HOGE, FENTON, JONES & APPEL, INC. |
| PARTNER | COAST LEASING COMPANY |

CONTINUED ON ATTACHMENT 1

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |

HOGE, FENTON, JONES & APPEL, INC. EMPLOYEES PENSION AND PROFIT SHARING PLAN (100% VESTED) - INVESTED IN PUBLICLY TRADED MUTUAL (ACORN AND DODGE & COX) AND MONEY MARKET FUNDS

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1991 | STATE OF CALIF (JUDGE'S SALARY) | $ 51,969 |
| 1991 | COUNTY OF SANTA CLARA (JUDGE'S SAL.) | $ 4,750 |
| 1991 | HOGE FENTON JONES & APPEL, INC. (PAY OUT FROM FORMER LAW FIRM - PAYMENTS COMPLETED 5/91) | $ 32,717 |
| 1990 | STATE OF CALIF (JUDGE'S SALARY) | $ 77,712 |
| 1990 | COUNTY OF SANTA CLARA (JUDGE'S SAL.) | $ 1,745 |

CONTINUED ON ATTACHMENT 1

Digitized by Google

ATTACHMENT 1

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WHYTE, RONALD M. | | 7/29/91 |

| 4. Title | 5. Report Type (check appropriate type) | 6. Reporting Period |
| | ___ Nomination, Date____ | |
| | ___ Initial ___ Annual ___ Final | |

7. Chambers or Office Address

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.) CONT.

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| * PARTNER | NFJA - PUEBLO UNO |
| * PARTNER | H + H FORTY SOUTH MARKET |
| BOARD OF GOVERNORS | ASSOC. OF BUSINESS TRIAL LAWYERS |

* THEY CAN MORE PROPERLY EXPLAIN WHETHER (H) OUT SINCE THEY ARE GENERAL PARTNERSHIPS

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.) THEY ARE ATTACHED HERE.

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.) CONT.

| DATE (thousands only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1990 | HOGE, FENTON, JONES + APPEL, INC. (PAY OUT FROM FORMER LAW FIRM) | $ 78,523 |
| 1990 | CALIFORNIA CONT. EDUCATION OF BAR (INSTRUCTOR FEE) | $ 500 |
| 1989 | STATE OF CALIF. (JUDGE'S SALARY) | $ 42,732 |
| 1989 | COUNTY OF SANTA CLARA (JUDGE'S SALARY) | $ 5,720 |
| 1989 | HOGE, FENTON, JONES + APPEL, INC. (COMPENSATION FOR ATTORNEY SERVICES INCLUDING ANY OUT) | $ 111,653 |

(ALL SALARIES ARE LISTED IN THEIR AMOUNTS BEFORE WITHHOLDING)

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| WHYTE, RONALD M. | 7/29/91 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parenthesis "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements or gifts) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS. 

(Includes those to spouse and dependent children; use the parenthesis "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts) | | |
| 1 | EXEMPT | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities) | | |
| 1 | GREAT WESTERN BANK (J) | LOAN AGAINST RENTAL RESIDENCE ON MASSOL, LOS GATOS, CA | L |
| 2 | SOUTHERN CALIFORNIA BANK (J) | LOAN AGAINST RENTAL STORAGE BUILDING AT 13443 ABSECAMS, SANTA FE SPRINGS, CA. | L (ATTRIBUTED TO WIFE'S OWNERSHIP SHARE, TOTAL LOAN AGAINST PROPERTY IS I') |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = more than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | WHYTE, RONALD M. | 7/29/91 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A–H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J–P) | (2) Value Method Code (Q–W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J–P) | (4) Gain Code (A–H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 1 MANTECA REC BOND 90 | A | INT | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | |
| 2 PLACER IMPVT BOND 92 | A | INT | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | |
| 3 SAN JOSE IMP BOND 95 | A | INT | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | |
| 4 MANTECA REC BOND 91 | A | INT | J | T | | | | | |
| 5 MORGAN HILL IMP BOND 92 | B | INT | J | T | | | | | |
| 6 SAN FRAN USD BOND 94 | A | INT | J | T | | | | | |
| 7 MILPITAS 13 LID BOND 94 | A | INT | J | T | | | | | |
| 8 SAN JOSE IMP DT BOND 95 | A | INT | J | T | | | | | |
| 9 PLACER IMP BOND 95 | B | INT | K | T | | | | | |
| 10 BRISTOL MYER SQB COMM | A | DIV | J | T | | | | | |
| 11 GENENTECH COMM | A | — | J | T | | | | | |
| 12 ACTIVE ASSET TRUST | D | DIV | M | T | | | | | |
| 13 DIXON IMP BOND 91 (S) | A | INT | J | T | | | | | |
| 14 EL DORADO IRA BOND 92 (S) | A | INT | J | T | | | | | |
| 15 LINCOLN IMP BOND 92 (S) | B | INT | J | T | | | | | |
| 16 EL DORADO IRR BOND 93 (S) | A | INT | J | T | | | | | |
| 17 LAKE IMP WTR BOND 93 (S) | A | INT | J | T | | | | | |
| 18 SAN FRAN USD BOND 94 (S) | A | INT | J | T | | | | | |
| 19 LA QUINTA IMP BOND 94 (S) | A | INT | J | T | | | | | |
| 20 MILPITAS LID BOND 94 (S) | A | INT | J | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

CONTINUED ON ATTACHMENT 2.

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd) | WHYTE, RONALD M. | 7/29/91
ATTACHMENT 2

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-37 of Instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by which the parenthetical "(S)" for joint ownership of reporting individual and spouse, "(J)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period EXEMPT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | EXEMPT | | | | | | |
| SONOMA IMPT BOND 94(b) | A | INT | J | T | | | | | | |
| RIVERSIDE CO IMP BOND 95(b) | C | INT | K | T | | | | | | |
| SONOMA IMPT BOND 95 (S) | A | INT | J | T | | | | | | |
| LAKE IMPT WTR BOND 97(S) | A | INT | J | T | | | | | | |
| CONTRA COSTA HOUS BOND 10(b) | B | INT | K | T | | | | | | |
| OAKLAND REDEV BOND 09 (S) | A | INT | J | T | | | | | | |
| EMERYVL RED BOND 11 (S) | B | INT | K | T | | | | | | |
| SACRA MUD BOND 13 (S) | A | INT | J | T | | | | | | |
| CAL GO WTR RES BOND 16 (S) | A | INT | J | T | | | | | | |
| CAL GO SR BOND 18 (S) | A | INT | J | T | | | | | | |
| MILPITAS IMP BOND 90 (S) | A | INT | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | | |
| SAN JOSE IMP BOND 90 (S) | A | INT | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | | |
| APPLE COMP COMM (S) | A | DIV | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | | |
| AMER TEL & TELEG COMM (S) | A | DIV | K | T | | | | | | |
| ACTIVE ASSET TRUST (S) | D | DIV | M | T | | | | | | |
| MUD INT INC FUND (S) | C | DIV | K | T | | | | | | |
| PUTNAM TAX EX FUND (S) | C | DIV | K | T | | | | | | |
| SUMMIT TAX EX LP II (S) | B | DIV | K | T | | | | | | |
| CAL ST SCH BD OBLG 90 (S) | A | INT | J | T | (NOT OWNED AT END OF REPORTING PER...) | | | | | |
| LA COUNTY TRANS BOND 11 (S) | A | INT | J | T | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4)  A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=more than $1,000,000
2 Value Codes: (See Col. C1 & D3)  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes: (See Col. C2)  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
U=Book Value  V=Other  W=Estimated

CONTINUED ON ATTACHMENT 3

FINANCIAL DISCLOSURE REPORT (con't)
ATTACHMENT 3
WHYTE, RONALD M.
7/19/91

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 16-27 of instructions.)

| A. Description of Assets | B. Income | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt Code (A-H) | Type (e.g. div rent int) | Value Code (J-P) | Value Method (Q-W) | Type (e.g. buy, sell, merger, redemtion) | Date Month Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 1 SACRA HSG BOND 07 (S) | B | INT | J | T | | | | | |
| 2 SAN JOSE REDEV BOND A (S) | B | INT | K | T | | | | | |
| 3 SANTA CLARA TRF AUT BND A (S) | A | INT | J | T | | | | | |
| 4 SANTA CLARA TRF AUT BND 93 (S) | A | INT | J | T | | | | | |
| 5 SANTA CLARA TRF AUT BND 94 (S) | A | INT | J | T | | | | | |
| 6 SANTA CLARA TRF AUT BND 95 (S) | A | INT | J | T | | | | | |
| 7 SANTA CLARA TRF AUT BND 93 (S) | B | INT | K | T | | | | | |
| 8 PRU BACHE MUNI FUND (S) | B | DIV | K | T | | | | | |
| 9 PRU BACHE MONEYMART (S) | B | DIV | K | T | | | | | |
| 10 SJNB FIN COMM (S) | C | DIV | K | T | | | | | |
| 11 HALLWOOD ENERGY LP (S) | A | INT | J | T | | | | | |
| 12 AMER TEL + TELEG COMM (R) | A | DIV | J | T | | | | | |
| 13 BELLSOUTH COMM (DC) | A | DIV | J | T | | | | | |
| 14 FIRST TENN COMM (DC) | A | DIV | J | T | | | | | |
| 15 SW BELL COMM (DC) | A | DIV | J | T | | | | | |
| 16 US WEST COMM (DC) | A | DIV | J | T | | | | | |
| 17 ACTIVE ASSET FUND (DC) | C | DIV | J | T | | | | | |
| 18 PRUD STRUCT FUND (DC) | A | DIV | J | T | | | | | |
| 19 PRUD MONEYMARKET FUND (DC) | A | DIV | J | T | | | | | |
| 20 APPLE COMP COMM (DC) | A | DIV | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to 5,000 D=$5,001 to $15,000
2 Value Codes: J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $1,000,000 N=more than $1,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book Value V=Other W=Estimated

CONTINUED ON ATTACHMENT 4

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)    WHYTE, RONALD M.    Date of Report 7/29/91
ATTACHMENT 4

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| Description of Assets (including trust assets) | A. Income during reporting period | | B. Gross value at end of period | | C. Transactions during reporting period EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-G) | (2) Type (e.g. div, rent, int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| DEAN WITTER LIQ ASSETS (J) | B | DIV | K | T | | | | | |
| HOSE FENTON PENSION - PROFIT PLAN (J) | E | DIV | N | T | | | | | |
| APPLE COMP COMM | A | DIV | J | T | (NOT OWNED AT END OF REPORTING PERIOD) | | | | |
| LOS GATOS, CA (S) RENTAL RES 101 CREEKFIELD | D | RENT | M | W | | | | | |
| LOS GATOS, CA (S) RENTAL RES 215 NASSOLA | D | RENT | M | W | | | | | |
| FRACTIONAL INTEREST (S) STORAGE FAC 13443 AUECCANS SMITH ER STRINGS, CA | E | RENT | M | W | | | | | |
| HASTA - AMEND LLM PARTNERSHIP (FRACTIONAL INTEREST IN OFFICE BUILDING AT 60 S. MARKET, SAN JOSE, CA) (J) | D | INT | M | N | (INTEREST HAS BEEN SOLD - SALE WILL CLOSE IN ABOUT 30 DAYS) | | | | |
| HASTA FORTY S. MARKET PARTNERSHIP (FRACTIONAL INTEREST IN OFFICE BUILDING AT 40 S. MARKET, SAN JOSE, CA) | A | — | K | W | | | | | |
| LON WEISS JOINT PARTNERSHIP (FRACTIONAL INTEREST IN ANTE MARKET PROPERTY) (S) | D | INT | L | W | | | | | |
| AMER CABLE TV LP | A | | J | | (NOT OWNED AT END OF REPORTING PERIOD) | | | | |
| NOTE FROM PETER HODGKINSON (S) | B | INT | J | W | | | | | |
| NOTE FROM COAST LEASING COMPANY (J) | D | INT | J | W | (NOT OWNER AT END OF REPORTING PERIOD) | | | | |
| BANK OF THE WEST LOS GATOS, CA (J) | A | INT | J | T | | | | | |
| BANK OF THE WEST LOS GATOS CA (S) | A | INT | M | T | | | | | |
| GREAT WESTERN BANK LOS GATOS, CA (S) | A | INT | L | T | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4)     A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=more than $1,000,000
2 Value Codes: (See Col. C1 & D1)     J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=more than $1,000,000
3 Value Method Codes: (See Col. C2)    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
U=Book Value    V=Other    W=Estimated

CONTINUED ON ATTACHMENT 5

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)
ATTACHMENT 5

| Name of Person Reporting | Date of Report |
|---|---|
| WHYTE, RONALD M. | 7/29/91 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical (S), the joint ownership (J), the sole ownership (C), and joint ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent, int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) If not exempt from disclosure | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 76 SAN JOSE NATIONAL BANK, SAN JOSE, CA (S) | C | INT | K | T | | | | | |
| 77 HOME SAVINGS LOS GATOS, CA (S) | D | INT | M | T | | | | | |
| 78 GLENDALE FEDERAL BANK SAN JOSE CA (S) | C | INT | J | T | (ACCOUNT CLOSE AT END OF REPORTING PERIOD | | | | |
| 79 CALIFORNIA FEDERAL BANK SAN JOSE CA (S) | D | INT | J | T | (ACCOUNT CLOSED AT END OF REPORTING PERIOD | | | | |
| 80 AMERICAN SAVINGS LOS GATOS, CA | A | INT | J | T | (ACCOUNT CLOSED AT END OF REPORTING PERIOD | | | | |
| 81 CITIBANK LOS GATOS CA (DC) | A | INT | J | T | | | | | |
| 82 HOME SAVINGS LOS GATOS CA (DC) | D | INT | M | T | | | | | |
| 83 NOTE FROM PAUL + KATHY KRAFT | A | — | J | W | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=more than $1,000,000
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=more than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>WHYTE, RONALD M. | Date of Report<br>7/29/91 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_·?·_

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Ronald M. Whyte_       Date _7/29/91_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

-·/9

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 500 | 000 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | 297 | 000 | Notes payable to banks—unsecured | | |
| | | | Notes payable to relatives | | |
| Listed securities—add schedule | 688 | 000 | Notes payable to others | | |
| Unlisted securities—add schedule | | | Accounts and bills due | | |
| Accounts and notes receivable: | | | Unpaid income tax | | |
| Due from relatives and friends | 5 | 000 | Other unpaid tax and interest | | |
| Due from others | 10 | 000 | Real estate mortgages payable—add schedule | 283 | 000 |
| Doubtful | | | | | |
| Real estate owned—add schedule | 1,222 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | 55 | 000 | Other debts—itemize: | | |
| Autos and other personal property | 100 | 000 | | | |
| Cash value—life insurance | 3 | 000 | | | |
| Other assets—itemize: | | | | | |
| ＊ PENSION + PROFIT SHARING PLAN | 320 | 000 | | | |
| - PARTNERSHIP IN VON WEISE MANAGEMENT Co | 80 | 000 | Total liabilities | 283 | 000 |
| | | | Net worth | 3,097 | 000 |
| Total assets | 3,380 | 000 | Total liabilities and net worth | 3,380 | 000 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | |
|---|---|---|---|---|
| As endorser, comaker or guarantor | 1,020 | 000 | Are any assets pledged? (Add schedule.) | NO |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | NO |
| Legal Claims | | | Have you ever taken bankruptcy? | NO |
| Provision for Federal Income Tax | | | | |
| Other special debt | | | | |

＊ COMPRISED OF FUNDS IN MONEY MARKET AND MUTUAL FUNDS (ACORN AND DODGE + COX)

Digitized by Google